No. 11–5947. FIGURA TORREFRANCA *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5948. ANDERSON-BEY *v.* CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 11–5956. LOPEZ *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5957. JACKSON *v.* LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5996. GARDNER *v.* WESTBERG ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6010. ENCINAS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–6024. YEADON *v.* LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–6026. JOHNSON *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 11–6028. ROBINSON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–6035. GLENMORE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–6041. COLEMAN *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–6050. NOACK *v.* YMCA OF THE GREATER HOUSTON AREA. C. A. 5th Cir. Certiorari denied.

